**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Shauna Belgarde and Tina Trotter, Individually, | ) ) ) |
| Plaintiffs, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** ) |
| v. | ) ) |
| TMI Employee Management, L.P., | ) ) ) Case No. 1:24-cv-224 |
| Defendants. | ) ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on October 17, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 23rd day of April, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court